IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRY CAIN                                                                                    PLAINTIFF

v.                              NO. 3:17-cv-00249 DPM/PSH

NANCY A. BERRYHILL, Acting Commissioner                              DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Sherry Cain ("Cain") has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the motion and finds that it should be, and is, granted. Cain may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue summons to Cain.

The record reflects that Cain is proceeding pro se. Although she is entitled to do so, she should be aware of two important matters. First, she is responsible for serving each party with a summons and copy of her complaint. She must do so within the time allowed by Federal Rule of Civil Procedure 4(m). If she needs help in serving the parties, she must file a motion for assistance with the Court before the expiration of the time allowed by Rule 4(m). Second, Cain must comply not only with the Federal Rules of Civil Procedure but also with the Local Rules for the United States District Court for the Eastern District of Arkansas. Local Rule 5.5(c)(2) provides the following:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.


DATED this 26th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE