IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHERRY CAIN                                                                                    PLAINTIFF

v.                          NO. 3:17-cv-00249 DPM/PSH

NANCY A. BERRYHILL, Acting Commissioner                           DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Sherry Cain ("Cain") began this case by filing a pro se application to proceed in forma pauperis and a pro se complaint pursuant to 42 U.S.C. 405(g). See Docket Entry 1, 2. The Court granted the application to proceed in forma pauperis, and she was allowed to proceed without the prepayment of fees or costs or the giving of security. See Docket Entry 3. The Clerk of the Court was directed to issue summons to Cain, who was notified of her obligation to serve each party with a summons and copy of the complaint. The Court noted, though, that if Cain required help in serving the parties, she should file a motion for assistance with the Court.

Cain has now filed the pending motion for assistance in serving the parties. See Docket Entry 4. For good cause shown, the motion is granted. The Court orders the following:

1) the Clerk of the Court shall issue a summons for the Social Security Administration, the Attorney General for the United States, and the United States Attorney for the Eastern District of Arkansas; and

2) the United States Marshal's Office shall serve the Social Security Administration, the Attorney General for the United States, and the United States Attorney for the Eastern District of Arkansas with a summons and a copy of Cain's complaint.

DATED this 3rd day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE