# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

SHERRY CAIN                                                    PLAINTIFF


v.                          NO. 3:17-cv-00249 DPM-PSH


NANCY A. BERRYHILL, Acting Commissioner                      DEFENDANT
of the Social Security Administration


## ORDER


On September 19, 2017, plaintiff Sherry Cain ("Cain") began this case by filing a

pro se complaint pursuant to 42 U.S.C. 405(g). In the complaint, she challenged the final

decision of the Acting Commissioner of the Social Security Administration

("Commissioner"). The issues were joined on December 15, 2017, when the Commissioner

filed an answer and thereafter filed a transcript of the administrative proceeding. On

December 28, 2017, the Court issued a scheduling order. See Docket Entry 13. In the

order, Cain was directed to file a brief on or before February 8, 2018. She was warned

that her failure to file a timely brief could result in the dismissal of this case for failure

to prosecute.

February 8, 2018, has long since come and gone, and Cain has not filed a brief. She

is now given up to, and including, August 1, 2018, to file a brief in which she explains

why the Commissioner's final decision is not supported by substantial evidence on the record as a whole. **In the event Cain fails to file a brief by August 1, 2018, a brief in which she explains why the Commissioner's final decision is not supported by substantial evidence on the record as a whole, the Court will recommend that her complaint be dismissed.**

IT IS SO ORDERED this 12th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE