# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHERRY CAIN                                                    PLAINTIFF

v.                          No. 3:17-cv-249-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                   DEFENDANT

## ORDER

Cain hasn't responded; her mail is being returned undelivered. № 16. Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b)(1983 addition to advisory committee notes). Cain's complaint will be dismissed without prejudice for failure to prosecute.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2018