# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHERRY CAIN                                                                     PLAINTIFF

v.                              No. 3:17-cv-249-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                            DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 August 2018